CLARK HILL PLLC
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@clarkhill.com
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Tel: (702) 862-8300

*Attorney for Defendant Martin Guaglione*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00260-RFB-BNW |
| Plaintiff, | |
| vs. | |
| MARTIN GUAGLIONE, | |
| Defendant. | |

**STIPULATION AND [PROPOSED ORDER] TO ALLOW DEFENDANT MARTIN GUAGLIONE TO TRAVEL OUT OF THE STATE OF NEVADA ON MULTIPLE OCCASIONS**

**IT IS HEREBY STIPULATED** by and between Martin Guaglione, Defendant, by and through his counsel, Paola M. Armeni, Esq., of the law firm of Clark Hill, PLLC, and the Plaintiff, United States of America, by and through Jacob H. Operskalski, Assistant United States Attorney, that Mr. Guaglione be permitted to travel to:

1. Maui, Hawaii on March 16, 2026, through March 22, 2026, to visit his newborn grandson and family.

2. Bryce Canyon, Utah on April 8, 2026, through April 10, 2026, for personal travel.

3. Palm Springs, California on July 30, 2026, through August 3, 2026, for personal travel.

4. Charleston, South Carolina on September 7, 2026, through September 11, 2026, for personal travel.

5. West Virginia, on October 22, 2026, through October 26, 2026, to attend his son's wedding.

1 of 3

CLARKHILL\M8932\500682\286560033.v1-2/19/26

6. El Dorado Hills, California on November 14, 2026, through November 18, 2026, to celebrate his 70th birthday with family.

Pursuant to [DKT 7], Section III(d), of the Pretrial Diversion Agreement, Defendant must seek permission in writing from the United States Attorney's Office, United States Pretrial Services and the Court before traveling outside the District of Nevada.

The United States Attorney's Office does not have any objection to this travel request.

United States Pretrial Service Officer Samira Barlow has been consulted and has approved this travel request.

Mr. Guaglione agrees to comply with all conditions of the Pretrial Diversion Agreement.

Dated this 19th day of February 2026.

UNITED STATES ATTORNEY'S OFFICE     CLARK HILL PLLC


 /s/ Jacob H. Operskalski
JACOB H. OPERSKALSKI            /s/Paola M. Armeni
Assistant United States Attorney     PAOLA M. ARMENI
Attorney for Plaintiff,              Attorney for Defendant,
UNITED STATES OF AMERICA              MARTIN GUAGLIONE


### ORDER

Based on the foregoing stipulation and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant, Martin Guaglione is permitted to travel to Maui, Hawaii on March 16, 2026, through March 22, 2026, to visit his newborn grandson and family.

**IT IS FURTHER ORDERED** that Defendant, Martin Guaglione is permitted to travel to Bryce Canyon, Utah on April 8, 2026, through April 10, 2026, for personal travel.

**IT IS FURTHER ORDERED** that Defendant, Martin Guaglione is permitted to travel to Palm Springs, California on July 30, 2026, through August 3, 2026, for personal travel.

**IT IS FURTHER ORDERED** that Defendant, Martin Guaglione is permitted to travel to Charleston, South Carolina, on September 7, 2026, through September 11, 2026, for personal travel.

2 of 3

**IT IS FURTHER ORDERED** that Defendant, Martin Guaglione is permitted to travel to West Virginia, on October 22, 2026, through October 26, 2026, to attend his son's wedding.

**IT IS FURTHER ORDERED** that Defendant, Martin Guaglione is permitted to travel to El Dorado Hills, California on November 14, 2026, through November 18, 2026, to celebrate his 70th birthday with family.

**IT IS FURTHER ORDERED** that Defendant Martin Guaglione shall continue to comply with all conditions of the Pretrial Diversion Agreement.

**IT IS SO ORDERED.**

**DATED** this 20th day of February, 2026.

_____

**UNITED STATES DISTRICT COURT JUDGE**
**CASE NO.: 2:24-CR-00260-RFB-BNW**

CLARKHILL\M8932\500682\286560033.v1-2/19/26